UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:25-cr-20517-PCH-1

**UNITED STATES OF AMERICA**,

    Plaintiff,

v.

**JUAN CARLOS RABANALES-PEREZ**,

    Defendant.
_____/

## ORDER ADOPTING AND AFFIRMING R&R AND ADJUDICATING DEFENDANT GUILTY

**THIS MATTER** came before the Court upon Magistrate Judge Lauren F. Louis's Report and Recommendation ("R&R") on Change of Plea **[ECF No. 26]**, which was entered on January 23, 2026. In the R&R, Magistrate Judge Louis found that the Defendant Juan Carlos Rabanales-Perez freely and voluntarily entered a plea of guilty as to Count One of the Indictment, which charges him with illegal reentry after removal in violation of Title 8, United States Code, Sections 1326(a) and 1326(b)(1). Magistrate Judge Louis recommends that this Court accept Defendant's guilty plea, that Defendant be adjudicated guilty as to Count One of the Indictment filed in this case, and that a sentencing hearing be conducted for final disposition of this matter. The Court has reviewed Magistrate Judge Louis's R&R, and no objections to it have been filed. Therefore, based on a *de novo* review of the evidence presented, it is:

**ORDERED AND ADJUDGED** that (1) Magistrate Judge Louis's R&R on Change of Plea is **ADOPTED** and **AFFIRMED in its entirety**; (2) the Court accepts Defendant's plea of guilty, and Defendant is hereby adjudged guilty as to Count One of the Indictment filed in this

case; and (3) a sentencing hearing is set for **Monday, April 27, 2026 at 12:00 p.m.**, before the Honorable Paul C. Huck in the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida.

      **DONE AND ORDERED** in Chambers in Miami, Florida on January 30, 2026.

_____
PAUL C. HUCK
UNITED STATES DISTRICT JUDGE

<u>Copies furnished to:</u>
All Counsel of Record
United States Probation Office